**Order entered June 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00031-CV

**YOUNG YOO, IRVING SUPERMART, L.L.C. AND ACACIA LAS LOMAS, L.L.C., Appellants**

**V.**

**A-1 MARKETING, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05632**

## ORDER

On June 14, 2019, we ordered court reporter Vielica Dobbins to file, no later than July 15, 2019, the record of the trial held the week of July 16, 2018 and the hearings held September 21, 2018 and December 10, 2018.  In response, Ms. Dobbins has filed a letter informing the Court she took the record of the proceedings held July 16, 2018 and September 21, 2018 and Brooke Wagner took the record of the hearing held December 10, 2018.  Accordingly, we modify our June 14th order such that Ms. Dobbins **SHALL FILE** the record of the July 16th and September 21st proceedings and Ms. Wagner **SHALL FILE** the record of the December 10th proceeding.  The record remains due July 15, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins, Ms. Wagner, and the parties.

/s/    KEN MOLBERG
        JUSTICE